FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 1 6 2015

CHRISTOPHER A. PRINE

CLERK_____

Mrs. Felicia Nicole Jones
12115 Mosscrest Dr.
Houston, Texas 77048-4019
Tel: 832-655-9078

First Court of Appeals
301 Fannin Street
Houston, Texas 77002

Dear Chief Judge:

To whom it may concern: I'm writing on behalf of *MRS. FELICIA NICOLE JONES, APPELLANT(S)*, and TO PROVIDE THE COURT WITH THE INFORMATION REQUESTED IN SECTION

1. C. OF The Tax Court's requirements for bar sponsored calendar calls programs.

   *1 MACY'S and ERIC LIMBOCKER; et al., Appellee(s).*

   Identifying Case Number 01-14-00143-CV

   During the time of the case the Appellee Corporation submitted a voucher for

   some form of settlement.

I, **HEREBY CERTIFY**, that I have enforced this document for the request of the review of the Court's Chief Judge due to prior settlement offers in the case.

I declare under penalty of perjury that this is true and correct.

Executed on January 14, 2015.

Respectfully submitted,

*Mrs. Felicia Nicole Jones*

in:spam                                                                                              +Felicia

Gmail                      Delete forever      Not spam                        More                                    1 of 1

COMPOSE              Spam Confetti Pasta - Preparation time 30 minutes

**Inbox (2)**
                          Macy's Reward for fj.1971fj@gmail.com          Spam  x
Starred

Important                 **Macy's Rewards Voucher** <o-thdog-dd86my-t0m@back.futuretopast.com>        2:36 PM (4 minutes ago)
                          to me
Sent Mail

**Drafts (9)**            Why is this message in Spam? It's similar to messages that were detected by our spam filters.  Learn more

**delcte (24)**
                          For: fj.1971fj@gmail.com
e-mail to Bill Gates
                          Your Voucher ID: MACYS8700567
Notes
                          Please claim it before it expires!
Less
                          Please enter your zip code to confirm eligibility here
Chats
                          *for a limited time only!
All Mail

**Spam**

Trash

**Categories**

Circles

**[Gmail]Trash (6,865)**
                          If you wish to no longer receive promotions please click here
Manage labels

Create new label


                          click here to unsubscribe.


                      ▲   Click here to Reply, Reply to all, or Forward

# CERTIFICATE OF SERVICE FORM
## FOR PAPER FILINGS ONLY

Appeal No. 01-14-00143-cv

I, MRS. FELICIA NICOLE JONES, hereby certify that on January 14, 2014.

I served copies of MACY'S and ERIC LIMOCKER; et al voucher

On the following parties by facsimile.

ATTORNEY'S NAMES PRIVACY ACT OF 1974 (5 U.S.C. 552a).

Mrs. Felicia Nicole Jones
Signature

(Rev 3/10)

U.S. Court of Appeals for the First Circuit



Mrs. Felicia Nicole Jones
12115 Mosscrest Dr.
Houston, Texas 77048-4019

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE
CLERK

First Court of Appeals
301 Fannin Street
Houston, Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CLERK, CHRIS A. PRINE

7700Z206699